IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REXFORD MENSAH, :
    Plaintiff

v. : CIVIL ACTION
    NO. 17-5636
CHIMES INTERNATIONAL, LTD AND
SUBSIDIARIES d/b/a HOLCOMB :
BEHAVIORAL HEALTH SYSTEMS,
    Defendant.

# ORDER

AND NOW, this 27th day of February, 2019, upon consideration of: Plaintiff's Complaint (ECF No. 1) and Defendant's Partial Motion to Dismiss (ECF No. 3), it is hereby ORDERED that:

1.) Said Motion is GRANTED;

2.) Counts I and II of Plaintiff's Complaint are DISMISSED; and,

3.) Defendant shall file an Answer within twenty-one (21) days of the date of this Order.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.